JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-09824-JHN-RZx | Date | December 16, 2011 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Inez T Forrest et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT (In Chambers)

Removal to federal court is governed by 28 U.S.C. § 1441, which in relevant part states that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants." 28 U.S.C. § 1441(a). However, the Court may remand a case to state court for lack of subject matter jurisdiction. 28 U.S.C. § 1447(c). "The burden of establishing federal jurisdiction is on the party invoking federal jurisdiction." *U.S. v. Marks*, 530 F.3d 799, 810 (9th Cir. 2008).

Under 28 U.S.C. § 1331, the Court has original jurisdiction over civil actions "arising under" federal law. Under 28 U.S.C. § 1332, the Court also has original jurisdiction over civil actions where there is complete diversity of citizenship and the amount in controversy exceeds $75,000. *Morris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1067 (9th Cir. 2001).

The Court lacks jurisdiction to hear this case. The Complaint's sole cause of action is for unlawful detainer, a state law cause of action. No federal question is presented on the face of the Complaint and the demand is stated as "less than $10,000.00."

Accordingly, the Court, sua sponte, hereby REMANDS this case to the Superior Court of California, Los Angeles County. The Court DENIES AS MOOT Defendant's Ex Parte Application filed on December 15, 2011 [docket no. 4].

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-09824-JHN-RZx | Date | December 16, 2011 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Inez T Forrest et al. | | |